UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsd.uscourts.gov

BARRY DUNN,
       PLAINTIFF

VS.

THE DEFENDERS, INC., a foreign for profit
Corporation,
       DEFENDANT.
_____

**COMPLAINT AND REQUEST FOR JURY TRIAL**

Plaintiff, BARRY DUNN (the "Plaintiff"), by and through his undersigned counsel, files this Complaint against his former employer, Defendant, THE DEFENDERS, INC. (the "Defendant"), for disability discrimination in violation of the Americans with Disabilities Act, 42 U.S.C. § 12101 et seq. ("ADA") and the Florida Civil Rights Act, Fla. Stat. § 760.10 et seq. ("FCRA"), and in support thereof states as follows:

**PARTIES, JURISDICTION, AND VENUE**

1. This is an action for declaratory, injunctive and equitable relief, back pay and front pay as well as compensatory and punitive damages, to redress the Defendant's unlawful employment practices, including its unlawful discrimination and termination of the Plaintiff's employment in violation of the ADA and the FCRA.

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. §§ 1331 and 1343, this action involves federal questions regarding the deprivation of the Plaintiff's rights under the ADA.

3. The Court has supplemental jurisdiction over the Plaintiff's related claims arising under state law pursuant to 28 U.S.C. § 1367.

4. Venue is proper in this case because the alleged wrongdoing in this case occurred in Palm Beach County, Florida and because the Plaintiff is a resident of Palm Beach County.

5. The Defendant is a foreign for-profit corporation licensed to do business in the State of Florida with a principal place of business at 3750 Priority Way South Drive, Suite 200, Indianapolis, ID 46240 and a Registered Agent as Corporation Service Company, 1201 Hays Street, Tallahassee, FL 32301-2525.

6. The Defendant employed the Plaintiff in Palm Beach County, Florida and the Defendant failed to comply with its statutory obligations in Palm Beach County, Florida.

7. Plaintiff dual-filed a Charge of Discrimination with the U.S. Equal Employment Opportunity Commission ("EEOC") concerning this matter.

8. The Miami District Office of the EEOC investigated the matter and issued Dismissal and Notice of Rights Letter, including right to sue, dated May 9, 2019.

9. The Plaintiff has retained Kreiner & Kreiner as legal counsel and is obligated to pay fees for the services rendered under the representation agreement.

## FACTUAL ALLEGATIONS

11. The Plaintiff was employed by the Defendant from February 28, 2016 up through and including July 14, 2016.

12. The Plaintiff has Type 1 Diabetes ("Plaintiff's Medical Condition"), which substantially interferes with several of his major life activities, inter alia working, caring for himself and caring for others.

13. Due to the Plaintiff's Medical Condition, he suffered a diabetic episode that caused him to miss the appointed time that he was required to report for a work assignment. However, when Plaintiff was able to notify his immediate supervisor as to what transpired as a result of his Medical Condition he did so.

14. The Defendant, rather than accommodate the Plaintiff, rather than engage in the required interactive process, and rather than ascertain whether they could accommodate the Plaintiff, terminated the Plaintiff's employment because of Plaintiff's Medical Condition.

15. The Defendant falsely contends that the Plaintiff was given multiple warnings about his job performance, which was a pretext for discrimination. Rather, while employed with Defendant, the Plaintiff satisfied the terms and conditions of his employment and received positive feedback from customers that he interacted it with during his employ.

16. Conversely, the Defendant terminated Plaintiff because of his disability, because he was perceived as having a disability, and because he was regarded as having a disability.

17. The Defendant's conduct was a *per se* violation of the ADA and FCRA.

18. The Defendant's unconscionable decision to terminate the Plaintiff, without any effort to accommodate his condition, had a catastrophic impact on the Plaintiff's financial condition, his credit, and his well-being as he lost his medical benefits and has been saddled with thousands of dollars in debt and his credit has been adversely impacted.

## COUNT I

### (DISCRIMINATION IN VIOLATION OF THE ADA)

19. Plaintiff adopts and re-alleges Paragraphs 1-19 above as if fully set forth herein.

20. The Plaintiff was an employee and the Defendant was the Plaintiff's employer within the meaning of the ADA.

21. Plaintiff has a Type 1 Diabetes, the aforementioned Plaintiff's Medical Condition, which substantially limits a number of the Plaintiff's major life activities.

22. The Defendant knew or regarded or perceived the Plaintiff as having a chronic medical condition.

23. The Plaintiff was qualified for his position.

24. The Plaintiff suffered an adverse employment action – his employment was terminated – because of his disability or because he was perceived or regarded as disabled.

25. The Plaintiff has suffered damages as a result of the unlawful and discriminatory termination of his employment.

## COUNT II

### (HANDICAP DISCRIMINATION IN VIOLATION OF THE FCRA)

26. The Plaintiff adopts and re-alleges Paragraphs 1-25 above as if fully set forth herein.

27. The Plaintiff was an employee and the Defendant was the Plaintiff's employer within the meaning of the FCRA.

28. The Plaintiff has a Type 1 Diabetes, the aforementioned Plaintiff's Medical Condition, which substantially limits a number of the Plaintiff's major life activities.

29. The Defendant knew or regarded or perceived the Plaintiff as having a chronic medical condition.

30. The Plaintiff was qualified for his position.

31. The Plaintiff suffered an adverse employment action – his employment was terminated – because of his disability or because he was perceived or regarded as disabled.

32. Plaintiff has suffered damages as a result of the unlawful and discriminatory termination of his employment.

## REQUEST FOR JURY TRIAL/RELIEF

Plaintiff requests a jury trial on all issues so triable.

**WHEREFORE,** the Plaintiff prays for a judgment against the Defendant as follows:

1. For back pay, front pay, and compensatory damages under the ADA and the FCRA;

2. For punitive damages under the ADA and FCRA;

3. For non-economic damages (including pain and suffering and injury to Plaintiff's credit standing) under the ADA and FCRA

4. For pre-judgment interest;

5. For post-judgment interest;

6. For costs of suit, attorneys' fees and such other and further relief as this Court deems just and proper under the ADA and FCRA.

Respectfully submitted,

KREINER & KREINER
Attorneys for Plaintiff

BY: */s/Ronald Scott Kaniuk*
Ronald Scott Kaniuk (FBN 0112240), Of Counsel
Seth A. Kreiner (FBN 432040), Partner
950 Peninsula Corporate Circle, Suite 3001
Boca Raton, Florida 33487
Phone 561-292-2127
ron@kaniuklawoffice.com
seth@kreinerlawfirm.com